JAMES R. FORBES, ESQ. SBN 114863
ALFONSO L. POIRÉ, ESQ. SBN 149185
Reynolds Law LLP
1411 Oliver Road, Suite 300
Fairfield, California 94534-3433
(707) 425-1255 / (707) 207-7955
E-mail: jforbes@reynoldslawllp.com;
apoire@reynoldslawllp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANDRES GOMEZ, | Case No. 2:21-cv-02024-TLN-AC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SET ASIDE DEFAULT** |
| DOYLE K. WISEMAN dba THE WISEMAN COMPANY, | |
| Defendant. | Date Action Filed: 11/02/21<br>Trial: TBD |

Honorable Troy L. Nunley:

Plaintiff ANDRES GOMEZ ("Gomez") and Defendants DOYLE K. WISEMAN and THE WISEMAN COMPANY, LLC (sued erroneously herein as a dba of Doyle K. Wiseman), through undersigned counsel, hereby stipulate to set aside the Default entered in this action as to Defendant Doyle K. Wiseman, on March 31, 2022.

Counsel for Defendants will be entering an appearance on Defendants' behalf upon receipt of the Order setting aside the default, and will file an answer on Defendants' behalf within **ten days** of receipt of the order.

//

//

1 | IT IS SO STIPULATED.

2 | Dated: April 13, 2022        CENTER FOR DISABILITY ACCESS

By: _____/s/_____
Zachary Best, Esq.
Attorneys for Plaintiff

6 | Dated: April 13, 2022        REYNOLDS LAW, LLP

By: _____/s/_____
James R. Forbes, Esq.
Alfonso L. Poiré

***ORDER***

12 | **IT IS SO ORDERED**.

15 | DATED: 4/13/2022

Troy L. Nunley
United States District Judge